**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nevada (State)

Case number (*If known*): 17-[____]    Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   EB Holdings II, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   51-0462838

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 2777   N Stemmons FWY | 2520   Rose Parkway, Suite 319 |
   | Number   Street | Number   Street |
   | Suite 1800 | c/o United Corp. Services, Inc. |
   | | P.O. Box |
   | Dallas    TX    75207 | Henderson    NV    89074 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | | Number   Street |
   | County | |
   | | City    State    ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **EB Holdings II, Inc.**  Case number (*if known*) 17-[____]
         Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❏ Partnership (excluding LLP) |
| | | ❏ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❏ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the types of business listed. |
| | | ❏ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ■ No |
| | | ❏ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

## Part 3: Report About the Case

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ❏ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ❏ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ❏ No |
| | | ■ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor: **EB Holdings II, Inc.**
Name

Case number (if known) 17-[____]

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Please see Attachment A | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
GLAS USA LLC, solely in its capacity as Administrative Agent
Name

125 Half Mile Road, Suite 200
Number    Street

Red Bank    NJ    07701
City    State    ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/18/2017
MM / DD /YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title
EXECUTIVE VICE PRESIDENT

**Attorneys**

Andrew N. Goldman
Printed name

Wilmer Cutler Pickering Hale and Dorr LLP
Firm name, if any

250   Greenwich St.
Number    Street

New York    NY    10007
City    State    ZIP Code

Contact phone (212) 230-8836    Email andrew.goldman@wilmerhale.com

Bar number 2520930

State New York

X _[signature]_
Signature of attorney

Date signed 05/18/2017
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor  EB Holdings II, Inc.                Case number (if known) 17-[      ]

**Name and mailing address of petitioner**

GoldenTree Master Fund, Ltd.
Name

InterTrust Corporate Services (Cayman) Limited

190 Elgin Avenue
Number  Street

Georgetown          Grand Cayman    KY1-9005
City                State           Zip Code

Cayman Islands

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/18/2017
            MM / DD / YYYY

X _____  Peter Alderman
Signature of petitioner or representative, including representative's title   Vice President

Paul M. Basta
Printed name

Kirkland & Ellis LLP
Firm name, if any

601 Lexington Avenue
Number  Street

New York          NY       10022
City              State    Zip Code

Contact Phone (212) 446-4800   Email paul.basta@kirkland.com

Bar number  2568046

State  New York

X _____
Signature of attorney

Date signed  05/18/2017
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual

Debtor  EB Holdings II, Inc.                        Case number (if known) 17-[      ]

**Name and mailing address of petitioner**

Kneiff Tower SARL
Name

6D, route de Treves
Number   Street

Senningerberg                         L-2633
City              State          Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City           State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2017
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Stéphane Lachance**        **Michelle McAdams-Origer**
    Manager                       Manager

Paul M. Basta
Printed name

Kirkland & Ellis LLP
Firm name, if any

601 Lexington Avenue
Number   Street

New York                   NY        10022
City              State          Zip Code

Contact Phone  (212) 446-4800    Email  paul.basta@kirkland.com

Bar number  2568046

State      New York

X _____
Signature of attorney

Date signed  05/18/2017
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual

Debtor   EB Holdings II, Inc.                    Case number (if known) 17-[      ]

### Name and mailing address of petitioner

Mount Kellett Master Fund II-A, LP
Name

1345 Avenue of the Americas
Number   Street

New York          New York      10105
City              State         Zip Code

### Name and mailing address of petitioner's representative, if any

Mark McGoldrick
Name

1345 Avenue of the Americas
Number   Street

New York          NY            11211
City              State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2017
             MM / DD / YYYY

X _____, Authorized Signatory
Signature of petitioner or representative, including representative's title

---

Paul M. Basta
Printed name

Kirkland & Ellis LLP
Firm name, if any

601 Lexington Avenue
Number   Street

New York          NY            10022
City              State         Zip Code

Contact Phone  (212) 446-4800    Email  paul.basta@kirkland.com

Bar number   2568046

State        New York

X _____
Signature of attorney

Date signed  05/18/2017
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual

Debtor  EB Holdings II, Inc.    Case number (if known) 17-[          ]

**Name and mailing address of petitioner**

Grace Bay III Holdings S.a.r.l.
Name

2 Rue Hildegard von Bingen
Number  Street

Luxembourg    Luxembourg    1282
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct. Executed on 05/18/2017
MM / DD / YYYY

Signature of petitioner or representative, including representative's title

Paul M. Basta
Printed name

Kirkland & Ellis LLP
Firm name, if any

601 Lexington Avenue
Number  Street

New York    NY    10022
City    State    Zip Code

Contact Phone  (212) 446-4800    Email  paul.basta@kirkland.com

Bar number  2568046

State  New York

X
Signature of attorney

Date signed  05/18/2017
MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual

Debtor  EB Holdings II, Inc.     Case number (if known) 17-[       ]

**Name and mailing address of petitioner**

Arvo Investment Holdings S.a r.l.
Name

6C, rue Gabriel Lippmann
Number    Street

Munsbach,          Luxembourg       L5365
City               State             Zip Code

**Name and mailing address of petitioner's representative, if any**

Jakub Jasica , Jean Lemaire
Name

6C, rue Gabriel Lippmann
Number    Street

Munsbach,          Luxembourg       L5365
City               State             Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2017
            MM / DD / YYYY

X _Jakub Jasica_
Signature of petitioner or representative, including representative's title
Manager

Jean Lemaire
MANAGER

Paul M. Basta
Printed name

Kirkland & Ellis LLP
Firm name, if any

601 Lexington Avenue
Number    Street

New York              NY        10022
City                  State     Zip Code

Contact Phone  (212) 446-4800   Email  paul.basta@kirkland.com

Bar number  2568046

State  New York

X _signature_
Signature of attorney

Date signed  05/18/2017
             MM / DD / YYYY

Official Form 205            Involuntary Petition Against a Non-Individual

Debtor  EB Holdings II, Inc.  Case number (if known) 17-[_____]

**Name and mailing address of petitioner**

Name: Sound Point Montauk Fund, L.P.

Number Street: 375 Park Avenue 33rd Floor

City: New York  State: NY  Zip Code: 10152

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____  State: _____  Zip Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/18/2017

X _____ (signature)
Signature of petitioner or representative, including representative's title

Kevin Gerlitz
Chief Financial Officer
Authorized Siganotory

Printed name: Paul M. Basta

Firm name, if any: Kirkland & Ellis LLP

Number Street: 601 Lexington Avenue

City: New York  State: NY  Zip Code: 10022

Contact Phone: (212) 446-4800  Email: paul.basta@kirkland.com

Bar number: 2568046

State: New York

X _____ (signature)
Signature of attorney

Date signed: 05/18/2017
MM / DD / YYYY

Official Form 205   Involuntary Petition Against a Non-Individual

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Chapter 11 |
| EB HOLDINGS II, INC., a Nevada corporation. | ) Case No. 17-[____] (___) |
| Debtor. | ) |

**Attachment A**

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| GLAS USA LLC, solely in its capacity as Administrative Agent on behalf of each of the PIK Lenders | Loan Facility Obligations owed to each of the PIK Lenders | €1,802,961,230.23[1] |
| GoldenTree Master Fund, Ltd. | Loan Facility Obligations | €209,053,354.67 |
| Kneiff Tower SARL | Loan Facility Obligations | €58,725,452.20 |
| Mount Kellett Master Fund II-A, LP | Loan Facility Obligations | €200,402,145.67 |
| Grace Bay III Holdings S.a.r.l. | Loan Facility Obligations | €127,192,904.92 |
| Arvo Investment Holdings SARL | Loan Facility Obligations | €176,235,525.85 |
| Sound Point Montauk Fund, L.P. | Loan Facility Obligations | €1,577,591.08 |
| **TOTAL AMOUNT** | | **€1,802,961,230.23** |

---

[1]   This amount includes the claims of the PIK Lender petitioning creditors identified below.