GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for Alleged Debtor, EB Holdings II, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC., a Nevada corporation,<br><br>Alleged Debtor. | Case No. BK-S-17-12642<br><br>Chapter 11 (Involuntary) |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

Garman Turner Gordon LLP hereby appears on behalf of Alleged Debtor EB Holdings II, Inc. ("EB Holdings"), a Nevada corporation, and requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with this proceeding. Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), all notices and copies in response to the foregoing, and all notices required to be mailed to EB Holdings pursuant to Bankruptcy Rule 2002, should be sent to the following:

   Gregory E. Garman, Esq.
   GARMAN TURNER GORDON LLP
   650 White Drive, Suite 100
   Las Vegas, Nevada 89119
   Telephone: (725) 777-3000
   Facsimile: (725) 777-3112
   Email: ggarman@gtg.legal

Talitha Gray Kozlowski, Esq.
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email:  tgray@gtg.legal

Gabrielle A. Hamm, Esq.
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email: ghamm@gtg.legal

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on EB Holdings, or (ii) constitute a waiver of any of the following rights of EB Holdings:

(a) Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by United States District Court Judge;

(b) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(c) Other rights, claims, actions, defenses, setoffs, or other rights to which EB Holdings is entitled under any agreements or at law or in equity or under the United States Constitution.

. . .

. . .

. . .

All of the above rights are expressly reserved and preserved unto EB Holdings without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

Dated this 18th day of May, 2017.

> GARMAN TURNER GORDON LLP
>
> /s/ Gregory E. Garman
>
> GREGORY E. GARMAN, ESQ.
> TALITHA GRAY KOZLOWSKI, ESQ.
> GABRIELLE A. HAMM, ESQ.
> 650 White Drive, Suite 100
> Las Vegas, Nevada 89119
> *Attorneys for Alleged Debtor,*
> *EB Holdings II, Inc.*