GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for Alleged Debtor, EB Holdings II, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC., a Nevada corporation,<br><br>Alleged Debtor. | Case No. BK-S-17-12642<br><br>Chapter 11 (Involuntary) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1011(f) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7007.1 of the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, EB Holdings II, Inc., a Nevada corporation, the alleged debtor in the above-captioned proceeding ("EB Holdings"), hereby certifies:

No corporation directly or indirectly owns 10% or more of any class of EB Holdings' equity interests.

. . .

. . .

. . .

1 | These representations are made to enable the judges of the Court to evaluate possible
2 | disqualification or recusal.

3 | Dated this 18th day of May, 2017.

GARMAN TURNER GORDON LLP

*/s/ Gregory E. Garman*

GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
GABRIELLE A. HAMM, ESQ.
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000/Fax: (725) 777-3112
*Attorneys for Alleged Debtor,*
*EB Holdings II, Inc.*