| | |
|---|---|
| WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>Andrew N. Goldman, Esq.<br>Charles C. Platt, Esq.<br>Benjamin W. Loveland, Esq.<br>Michael A. Guippone, Esq.<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>E-mail:  andrew.goldman@wilmerhale.com<br>            charles.platt@wilmerhale.com<br>            benjamin.loveland@wilmerhale.com<br>            michael.guippone@wilmerhale.com | LARSON & ZIRZOW<br>Matthew C. Zirzow, Esq., NVB 7222<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101<br>Tel: (702) 382-1170<br>Fax: (702) 382-1169<br>E-mail:  mzirzow@lzlawnv.com |

Attorneys for GLAS USA LLC,
in its capacity as Successor Administrative Agent

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>             Alleged Debtor. | Case No. 17-12642-mkn<br>Chapter 11<br><br>Current Status Conference:<br>June 21, 2017 at 9:30 a.m.<br><br>Rescheduled Status Conference:<br>June 27, 2017 at 10:00 a.m. |

**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE**

The *ad hoc* group (the "PIK Lender Group") of lenders to EB Holdings II, Inc. (the "Alleged Debtor") pursuant to that certain payment-in-kind loan due March 31, 2017, GLAS USA LLC, in its capacity as successor Administrative Agent ("GLAS" and together with the PIK Lender Group, the "Petitioning Creditors"), and the Alleged Debtor, by and through their undersigned attorneys, hereby STIPULATE and AGREE (the "Stipulation") as follows:

1.      On May 18, 2017, the Petitioning Creditors filed an *Involuntary Petition* (the "Involuntary Petition") [ECF No. 1] against the Alleged Debtor.  On May 19, 2017, the Clerk issued an amended *Summons to Debtor in Involuntary Case* [ECF No. 56], which was executed the same day [ECF No. 58], and which scheduled a Status Conference for June 21, 2017 at 9:30

a.m. (the "Status Conference").

2. The parties hereto have conferred and agree that the Status Conference should be continued to June 27, 2017 at 10:00 a.m.

3. All rights, objections, arguments and remedies of the parties hereto are reserved. This Stipulation is proposed in good faith and not for purposes of improper delay.

NOW, THEREFORE, based upon the foregoing, the parties request the Court enter the proposed Order attached hereto as **Exhibit 1**, thereby approving this Stipulation and rescheduling the Status Conference to June 27, 2017 at 10:00 a.m.

Dated: May 24, 2017.

By: */s/ Matthew C. Zirzow*
Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Michael A. Guippone, Esq.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Benjamin W. Loveland, Esq.
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109

Matthew C. Zirzow, Esq., NVB 7222
LARSON & ZIRZOW
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Counsel to GLAS USA LLC, solely in its capacity as successor Administrative Agent

By: */s/ Brett Axelrod*
Paul M. Basta, P.C. (NY No. 2568046)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022-4611

James H.M. Sprayregen, P.C. (IL No. 6190206)
David J. Zott, P.C. (IL No. 6193505 )
William A. Guerrieri (IL No. 6296643)
KIRKLAND & ELLIS LLP
300 North LaSalle St.
Chicago, Illinois 60654

FOX ROTHSCHILD LLP
Brett Axelrod, Esq.
Nevada Bar No. 5859
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

Counsel to the PIK Lender Group

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2

**LARSON & ZIRZOW, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, Nevada 89101**
**Tel: (702) 382-1170   Fax: (702) 382-1169**

1  By:  */s/ Gregory E. Garman*
2  GREGORY E. GARMAN, ESQ.
   Nevada Bar No. 6654
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  GABRIELLE A. HAMM, ESQ.
   Nevada Bar No. 11588
5  GARMAN TURNER GORDON LLP
   650 White Drive, Suite 100
6  Las Vegas, Nevada 89119
7
   Counsel to Alleged Debtor,
8  EB Holdings II, Inc.

9                                                          # # #

3

# EXHIBIT "1"

EXHIBIT "1"

WILMER CUTLER PICKERING
 HALE AND DORR LLP
Andrew N. Goldman, Esq.
Charles C. Platt, Esq.
Michael A. Guippone, Esq.
Benjamin W. Loveland, Esq.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail: andrew.goldman@wilmerhale.com
        charles.platt@wilmerhale.com
        benjamin.loveland@wilmerhale.com
        michael.guippone@wilmerhale.com

LARSON & ZIRZOW
Matthew C. Zirzow, Esq., NVB 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
E-mail: mzirzow@lzlawnv.com

Attorneys for GLAS USA LLC,
in its capacity as Successor Administrative Agent

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Alleged Debtor. | Case No: 17-12642-mkn<br>Chapter 11<br><br><u>Current Status Conference:</u><br>June 21, 2017 at 9:30 a.m.<br><br><u>Rescheduled Status Conference:</u><br>June 27, 2017 at 10:00 a.m. |

**ORDER APPROVING STIPULATION FOR**
**CONTINUANCE OF STATUS CONFERENCE**

The Court having reviewed and considered the *Stipulation for Continuance of Status Conference* (the "Stipulation") submitted by the *ad hoc* group (the "PIK Lender Group") of lenders to EB Holdings II, Inc. (the "Alleged Debtor") pursuant to that certain payment-in-kind

loan due March 31, 2017, GLAS USA LLC, in its capacity as successor Administrative Agent ("GLAS" and together with the PIK Lender Group, the "Petitioning Creditors"), and the Alleged Debtor, by and through their undersigned attorneys, and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Stipulation is APPROVED.

2. The Status Conference presently scheduled for June 21, 2017 at 9:30 a.m. shall be and hereby is rescheduled to June 27, 2017 at 10:00 a.m.

3. All rights, objections, arguments and remedies of the parties to the Stipulation are reserved.

**IT IS SO ORDERED.**

| PREPARED AND SUBMITTED: | APPROVED: |
|---|---|
| By: /s/ Matthew C. Zirzow | By: /s/ Brett Axelrod |
| Andrew N. Goldman, Esq. | Paul M. Basta, P.C. (NY No. 2568046) |
| Charles C. Platt, Esq. | KIRKLAND & ELLIS LLP |
| Michael A. Guippone, Esq. | KIRKLAND & ELLIS INTERNATIONAL LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 601 Lexington Avenue |
| 7 World Trade Center | New York, New York 10022-4611 |
| 250 Greenwich Street | James H.M. Sprayregen, P.C. (IL No. 6190206) |
| New York, New York 10007 | David J. Zott, P.C. (IL No. 6193505) |
| | William A. Guerrieri (IL No. 6296643) |
| Benjamin W. Loveland, Esq. | KIRKLAND & ELLIS LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 300 North LaSalle St. |
| 60 State Street | Chicago, Illinois 60654 |
| Boston, Massachusetts 02109 | |
| | FOX ROTHSCHILD LLP |
| Matthew C. Zirzow, Esq., NVB 7222 | Brett Axelrod, Esq. |
| LARSON & ZIRZOW | Nevada Bar No. 5859 |
| 850 E. Bonneville Ave. | 1980 Festival Plaza Drive, Suite 700 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89135 |
| | Counsel to the PIK Lender Group |
| Counsel to GLAS USA LLC, solely in its capacity as successor Administrative Agent | |

APPROVED:

By:　*/s/ Gregory E. Garman*
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119

Counsel to Alleged Debtor,
EB Holdings II, Inc.

# # #

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3