GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Attorneys for Alleged Debtor, EB Holdings II, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC., a Nevada corporation,<br><br>Alleged Debtor. | Case No. BK-S-17-12642-MKN<br><br>Chapter 11 (Involuntary)<br><br>**Date: N/A**<br>**Time: N/A** |

**STIPULATION BY AND BETWEEN EB HOLDINGS II, INC. AND PETITIONING CREDITORS FOR RELIEF FROM THE AUTOMATIC STAY**

EB Holdings II, Inc., a Nevada corporation ("EB Holdings"), the alleged debtor in the above-captioned case, petitioning creditors GoldenTree Master Fund, Ltd., Kneiff Tower S.A.R.L., Mount Kellett Master Fund II-A, LP, Grace Bay III Holdings S.A.R.L., Arvo Investment Holdings S.A.R.L., and Sound Point Montauk Fund L.P. (collectively, "Petitioning Creditors") and together with a group of alleged holders of interests in a payment-in-kind loan ("PIK Loan") dated March 23, 2007,[1] by and through their respective counsel of record, hereby stipulate and agree as follows:

---

[1] This description of the parties hereto is made in the interest of brevity and is not intended as an admission by EB Holdings that any one of the Petitioning Creditors is a lender to EB Holdings or that the GLAS USA LLC, in its capacity as successor administrative agent ("Administrative Agent"), was properly appointed. EB Holdings reserves its right to contest the standing of the Petitioning Creditors and/or the Administrative Agent.

**A.     RECITALS.**

1.     On August 26, 2016, Petitioning Creditor GoldenTree Master Fund, Ltd. ("GoldenTree") filed a Complaint in the Clark County District Court (the "State Court"), commencing Case No. A-16-742507-B (the "GoldenTree Action"), which the other Petitioning Creditors herein, along with certain of their affiliated funds (Alcentra Global Special Situations Luxembourg S.A.R.L.; Alcentra MS S.A.R.L.; Clareant SCF S.A.R.L.; Sound Point Credit Opportunities Master Fund, L.P.; SPC LUX S.A.R.L.; Vista Fund I, L.P.; and Vista Fund II, L.P. (collectively with GoldenTree, the "Plaintiffs"), joined on September 9, 2016,[2] naming as defendants EB Holdings, its directors, Howard M. Meyers and Albert Lospinoso, and its affiliate QXH II, Inc.[3]

2.     On October 24, 2016, EB Holdings filed a Complaint against Plaintiffs (the "EB Holdings Complaint"), commencing Case No. A-16-745669-B in the State Court (the "EB Holdings Action").

3.     Thereafter, EB Holdings answered the GoldenTree Action on January 13, 2017, denied all liability and asserted counterclaims and third party claims against Plaintiffs and 17 additional entities affiliated with GoldenTree (the "Third Party Defendants").

4.     On December 15, 2016, the Court entered its *Order Granting Plaintiffs' Motion to Coordinate Cases on Order Shortening Time*, coordinating, but not consolidating, the EB Holdings Action with the GoldenTree Action (together, the "Coordinated Actions").

5.     On January 20, 2017, the parties in the Coordinated Actions submitted their *Joint Case Conference Report* (the "JCCR"), and on January 27, 2017, the State Court entered the *Business Court Scheduling Order and Order Setting Civil Jury Trial, Pre-Trial Conference and*

---

[2]     EB Holdings believes that certain of the claims asserted by the Plaintiffs would be property of the bankruptcy estate in the event an order for relief was entered. For avoidance of doubt, no claims are assigned or waived pursuant to this Stipulation, nor does any party hereby waive or intend to prejudice any rights with respect to the GoldenTree Action.

[3]     Eco-Bat Technologies, Ltd. ("Eco-Bat"), Quexco Inc. ("Quexco"), and RSR Corp. ("RSR"), initially named as defendants, were dismissed from the GoldenTree Action for lack of personal jurisdiction.

*Calendar Call* ("Scheduling Order") requiring compliance with the deadlines set forth in the JCCR and setting trial on a five-week stack commencing April 16, 2018.

6. Discovery is ongoing in the Coordinated Actions.

7. In addition to the Coordinated Actions, the following appeals are pending before the Nevada Supreme Court (the "Appeals"): (i) Plaintiffs' appeal of the State Court's *Order Denying Defendants' Special Motion to Dismiss Entire Complaint Pursuant to NRS 41.660* in the EB Holdings Action, Appeal No. 72369; and (ii) Plaintiffs' and the Third Party Defendants' appeal of the State Court's *Order Regarding Pending Special Motion to Dismiss EB Holdings' Entire Counterclaim and Third-Party Complaint*, entered on April 17, 2017, and its *Order Denying Special Motion to Dismiss EB Holdings II, Inc.'s Counterclaim and Third-Party Complaint Pursuant to NRS 41.660* in the GoldenTree Action, Appeal No. 73111.

8. On May 18, 2017, the Petitioning Creditors commenced the involuntary petition against EB Holdings under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned involuntary bankruptcy case (the "Involuntary Case").

9. The parties hereto have agreed to modify the automatic stay to allow continued litigation of the Coordinated Actions, including the Appeals, solely during the period prior to an entry of order for relief in the Involuntary Case or dismissal of the Involuntary Case (the "Gap Period"); provided, however, that in the event any monetary judgment is entered against EB Holdings prior to the dismissal of the Involuntary Case, collection of any monetary sum from EB Holdings shall be prohibited without further order of the Court.

B. STIPULATION.

1. The automatic stay imposed by 11 U.S.C. § 362(a) shall be modified to allow continued litigation of the Coordinated Actions, including the Appeals, solely during the Gap Period; provided, however, that in the event any monetary judgment is entered against EB Holdings prior to the dismissal of the Involuntary Case, collection of any monetary sum from EB Holdings shall be prohibited without further order of the Court.

2. Except as expressly set forth herein, nothing in this Stipulation shall affect or prejudice any rights, claims, or defenses of the parties of any kind or nature whatsoever (including, without limitation, the rights of parties to remove any of the Coordinated Actions or seek remand or abstention with respect to any of the Coordination Actions). All such rights are expressly reserved; nothing herein shall prejudice such rights, claims, or defenses.

3. The Court shall retain jurisdiction over this Stipulation and the order approving this Stipulation in order to resolve any dispute in connection with the rights and duties specified hereunder and thereunder.

Now, therefore, the parties hereto request that the Court enter the proposed Order attached hereto as **Exhibit 1**, approving this Stipulation.

DATED this ____ day of June 2017.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

_____
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
GABRIELLE A. HAMM, ESQ.
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000/Fax: (725) 777-3112
Attorneys for Alleged Debtor,
EB Holdings II, Inc.

APPROVED:

FOX ROTHSCHILD LLP

_____
Brett Axelrod (NV No. 5859)
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702)597-5503
baxelrod@foxrothschild.com

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Paul M. Basta, P.C.
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
pbasta@kirkland.com

-and-

Garman Turner Gordon
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

| | |
|---|---|
| 1 | James H.M. Sprayregen, P.C |
| 2 | David J. Zott, P.C. |
|   | William A. Guerrieri |
| 3 | 300 North LaSalle |
|   | Chicago, Illinois 60654 |
| 4 | Telephone: (312) 862-2000 |
|   | Facsimile: (312) 862-2200 |
| 5 | james.sprayregen@kirkland.com |
|   | dzott@kirkland.com |
| 6 | wguerrieri@kirkland.com |
| 7 | Counsel to the PIK Lender Group |

27  4822-4650-4521, v. 5