_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 27, 2017

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email:  tgray@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Attorneys for Alleged Debtor, EB Holdings II, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC., a Nevada corporation,<br><br>Alleged Debtor. | Case No. BK-S-17-12642-*mkn*<br><br>Chapter 11 (Involuntary)<br><br><br>**Date: N/A**<br>**Time: N/A** |

### ORDER APPROVING STIPULATION BY AND BETWEEN EB HOLDINGS II, INC. AND PETITIONING CREDITORS FOR RELIEF FROM THE AUTOMATIC STAY

The Court, having reviewed and considered the *Stipulation By and Between EB Holdings II, Inc, and Petitioning Creditors for Relief From the Automatic Stay* [ECF No. 71 ] (the "Stipulation") filed by EB Holdings II, Inc., the PIK Lender Group,[1] and GLAS-USA, by and

_____

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

through their counsel of record, there being no opposition to the Stipulation, and finding that relief is appropriate under LR 4001(c)(2),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.      The Stipulation is APPROVED in its entirety.

2.      The automatic stay imposed by 11 U.S.C. § 362(a) is modified to allow continued litigation of the Coordinated Actions, including the Appeals, solely during the Gap Period; provided, however, that in the event a monetary judgment is entered against EB Holdings prior to the dismissal of the Involuntary Case, collection shall be prohibited without further order of the Court.

3.      Except as expressly set forth herein, nothing in the Stipulation shall affect or prejudice any rights, claims, or defenses of the parties of any kind or nature whatsoever (including, without limitation, the rights of parties to remove any of the Coordinated Actions or seek remand or abstention with respect to any of the Coordination Actions).  All such rights are expressly reserved; nothing herein shall prejudice such rights, claims or defenses.

4.      The Court shall retain jurisdiction over the Stipulation and this Order in order to resolve any dispute in connection with the rights and duties specified hereunder and thereunder.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

_____

GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
GABRIELLE A. HAMM, ESQ.
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000/Fax: (725) 777-3112
Attorneys for Alleged Debtor,
EB Holdings II, Inc.

APPROVED:

FOX ROTHSCHILD LLP

_____

Brett Axelrod (NV No. 5859)
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702)597-5503
baxelrod@foxrothschild.com

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Paul M. Basta, P.C.
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
pbasta@kirkland.com

-and-

James H.M. Sprayregen, P.C
David J. Zott, P.C.
William A. Guerrieri
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.sprayregen@kirkland.com
dzott@kirkland.com
wguerrieri@kirkland.com

Counsel to the PIK Lender Group

4830-2074-6825, v. 3