WILMER CUTLER PICKERING
HALE AND DORR LLP
Andrew N. Goldman (admitted *pro hac vice*)
Charles C. Platt (admitted *pro hac vice*)
Benjamin Loveland (admitted *pro hac* vice)
Michael A. Guippone (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail: andrew.goldman@wilmerhale.com
        charles.platt@wilmerhale.com
        benjamin.loveland@wilmerhale.com
        michael.guippone@wilmerhale.com

LARSON & ZIRZOW
Matthew C. Zirzow, NVB 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
E-mail: mzirzow@lzlawnv.com

*Counsel to GLAS USA LLC,
in its capacity as successor Administrative Agent*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>EB HOLDINGS II, INC., a Nevada corporation,<br><br>    Alleged Debtor. | Case No. 17-12642-MKN<br>Chapter 11 (Involuntary)<br><br>Date:  August 17, 2017<br>Time:  9:30 a.m. |

**NOTICE OF HEARING RE: GLAS USA LLC'S MOTION FOR SUMMARY JUDGMENT AND ENTRY OF AN ORDER FOR RELIEF PURSUANT TO FED. R. BANKR. P. 7056 AND SECTION 303(h) OF THE BANKRUPTCY CODE**

NOTICE IS HEREBY GIVEN that GLAS USA LLC ("GLAS") in its capacity as successor administrative agent under the PIK Loan Agreement, and as a Petitioning Creditor, has filed its *Motion for Summary Judgment and Entry of an Order for Relief Pursuant to Fed. R. Bankr. P. 7056 and Section 303(h) of the Bankruptcy Code* (the "Motion") [ECF No. 80], as well as its accompanying consolidated brief of points and authorities in support [ECF No. 81], and related declaration [ECF No. 82], which requests summary judgment in favor of GLAS and to enter an order for relief in this involuntary chapter 11 bankruptcy case against EB Holdings II, Inc. as debtor pursuant to section 303(h) of the Bankruptcy Code.

NOTICE IS FURTHER GIVEN that the hearing on the Motion is scheduled for **August 17, 2017 at 9:30 a.m.** and will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Courtroom No. 2, Las Vegas, Nevada 89101, the Honorable Mike L. Nakagawa.

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file a response with the Court, and serve a copy on the persons making the Motion no later than **July 13, 2017** pursuant to LR 7056(c). The response must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c) and/or 7056, and Fed. R. Civ. P. 56.

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

. . .

. . .

. . .

Dated: June 27, 2017

By:   */s/ Matthew C. Zirzow*
Matthew C. Zirzow, Esq., NVB 7222
LARSON & ZIRZOW
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
mzirzow@lzlawnv.com

-and-

Andrew N. Goldman
Charles C. Platt
WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212( 230 8888
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com

*Counsel to GLAS USA LLC, in its capacity as successor Administrative Agent*

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3