WILMER CUTLER PICKERING
HALE AND DORR LLP
Andrew N. Goldman (admitted *pro hac vice*)
Charles C. Platt (admitted *pro hac vice*)
Benjamin Loveland (admitted *pro hac* vice)
Michael A. Guippone (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
E-mail:  andrew.goldman@wilmerhale.com
          charles.platt@wilmerhale.com
          benjamin.loveland@wilmerhale.com
          michael.guippone@wilmerhale.com

LARSON & ZIRZOW
Matthew C. Zirzow, NVB 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
E-mail:  mzirzow@lzlawnv.com

*Counsel to GLAS USA LLC,
in its capacity as successor Administrative Agent*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: ) | Case No. 17-12642-MKN |
| ) | Chapter 11 (involuntary) |
| EB HOLDINGS II, INC., a Nevada corporation, ) | |
| ) | |
| Alleged Debtor. ) | |
| ) | |

**NOTICE OF NO OPPOSITION CONCERNING
GLAS USA LLC'S MOTION FOR SUMMARY JUDGMENT**

GLAS USA LLC, in its capacity as administrative agent under that certain PIK Loan Agreement dated March 23, 2007 ("***GLAS***"), hereby submits this Notice of No Opposition concerning GLAS's *Motion for Summary Judgment and Entry of an Order for Relief Pursuant to Fed. R. Bankr. P. 7056 and Section 303(h) of the Bankruptcy Code* [ECF No. 80] (the "***Motion for Summary Judgment***"), and respectfully states as follows:

1. On May 18, 2017, GLAS and other petitioning creditors filed an involuntary chapter 11 petition against EB Holdings II, Inc. (the "***Alleged Debtor***").

2. On June 22, 2017, GLAS filed and served the Motion for Summary Judgment, requesting entry of an order for relief against the Alleged Debtor pursuant to section 303(h) of the Bankruptcy Code.

3. As agreed to in open court last month, GLAS's hearing with respect to the Motion for Summary Judgment is calendared for August 17, 2017 [*see* ECF Nos. 98, 99, 102].

4. Pursuant to Rule 7056(c) of this Court's Local Rules of Bankruptcy Practice, the deadline for the Alleged Debtor to file any opposition to GLAS's Motion for Summary Judgment was July 13, 2017, which date was "twenty-one (21) days after service of the moving party's points and authorities" on June 22 [*see* ECF No. 101]. The Court confirmed this deadline at the June 27 status conference, and counsel for the Alleged Debtor appeared to acknowledge it at that time. [ECF No. 102, at 24:22-25:5]. In addition, the Notice of Hearing with respect to the Motion for Summary Judgment [ECF No. 98] expressly states that objections to the same were due by July 13.

5. The Alleged Debtor did not file any opposition/response to the Motion for Summary Judgment on July 13, nor did the Alleged Debtor seek any extension of its deadline to file such an opposition/response.

6. On July 14, the undersigned notified counsel to the Alleged Debtor by email of its failure to file any opposition/response by the applicable deadline, and requested that, if the Alleged Debtor intended to file any such opposition or response, it do so by 9 a.m. (Pacific Time) on July 17.[1] The Alleged Debtor has ignored GLAS's communication and—as of the filing of this Notice—has not filed any opposition/response on the docket.

7. As a result, the Alleged Debtor in default with respect to the Motion for Summary Judgment.

8. Therefore, if the Court denies the Debtor's *Motion to Dismiss Involuntary petition, or, in the Alternative, to Abstain, and Reservation of Rights Under 11 U.S.C. § 303(i)* [ECF No. 73], the Court should grant the Motion for Summary Judgment and enter an order for relief against the Alleged Debtor pursuant to section 303(h) of the Bankruptcy Code.

. . .

. . .

---

[1] A copy of the July 14 correspondence is attached hereto as **Exhibit A**.

Dated: July 17, 2017

Respectfully,

 */s/ Matthew C. Zirzow*
Matthew C. Zirzow, Esq., NVB 7222
LARSON & ZIRZOW
850 E. Bonneville Ave.
Las Vegas, NV 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
mzirzow@lzlawnv.com

-and-

Andrew N. Goldman
Charles C. Platt
WILMER CUTLER PICKERING HALE AND DORR, LLP
250 Greenwich Street
New York, NY 10007
Tel:   (212) 230-8800
Fax:  (212) 230 8888
andrew.goldman@wilmerhale.com
charles.platt@wilmerhale.com

*Counsel to GLAS USA LLC, in its capacity as successor Administrative Agent*