GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
Email: ghamm@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for Alleged Debtor, EB Holdings II, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC., a Nevada corporation<br><br>Alleged Debtor. | Case No.: BK-S-17-12642-MKN<br><br>Chapter 11 (Involuntary)<br><br><br>Date: N/A<br>Time: N/A |

**STIPULATION EXTENDING TIME TO FILE A RESPONSE TO GLAS
USA LLC'S MOTION FOR SUMMARY JUDGMENT AND ENTRY OF
AN ORDER FOR RELIEF PURSUANT TO FED. R. BANKR. P. 7056
<u>AND SECTION 303(h) OF THE BANKRUPTCY CODE</u>**

EB Holdings II, Inc. ("<u>EB Holdings</u>") and GLAS USA LLC, in its capacity as administrative agent under the PIK Loan Agreement ("<u>GLAS</u>" and together with EB Holdings, the "<u>Parties</u>"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 22, 2017, GLAS filed its *Motion for Summary Judgment and Entry of an Order for Relief Pursuant to Fed. R. Bankr. P. 7056 and Section 303(h) of the Bankruptcy Code* [ECF No. 80] (the "<u>MSJ</u>").

WHEREAS, the MSJ is scheduled for hearing on August 17, 2017, at 9:30 a.m.

WHEREAS, EB Holdings has advised that it will not file a countermotion for summary

1   judgment and has requested an extension of the deadline to oppose the MSJ.

2         WHEREAS, GLAS has agreed to provide an extension as set forth herein.

3         NOW, THEREFORE, the Parties stipulate and agree that the deadline for EB Holdings to

4   file its opposition to the MSJ (the "Opposition") shall be July 20, 2017, at 9:00 p.m. (PDT) and

5   the deadline for GLAS to file its reply to the Opposition shall be August 3, 2017.

6         Dated this 19th day of July, 2017.

7   GARMAN TURNER GORDON LLP      WILMER CUTLER PICKERING HALE
          AND DORR LLP

8

9   By: */s/Talitha Gray Kozlowski*      By: */s/ Matthew C. Zirzow*
       GREGORY E. GARMAN, ESQ.      ANDREW N. GOLMAN, ESQ.

10     TALITHA GRAY KOZLOWSKI, ESQ.   CHARLES C. PLATT, ESQ.
       GABRIELLE A. HAMM, ESQ.     BENJAMIN LOVELAND, ESQ.

11     650 White Drive, Suite 100      MICHAEL A. GUIPPONE, ESQ.
       Las Vegas, Nevada 89119      7 World Trade Center

12     *Attorneys for Alleged Debtor,*     250 Greenwich Street
       *EB Holdings II, Inc.*        New York, New York 10007

13

14                           LARSON & ZIRZOW
                             MATTHEW C. ZIRZOW, ESQ.

15                           850 E. Bonneville Ave.
                             Las Vegas, Nevada 89101

16                           *Attorneys for GLAS USA LLC, in its*
                             *capacity as successor Administrative Agent*

17

18

19

20

21                 .

22

23

24

25

26

27

28   4837-1197-3195, v. 2